994

TOUCHCOM, INC., and Touchcom Technologies, Inc., Plaintiffs–Appellants,

v.

DRESSER, INC., Defendant–Appellee.

No. 2006–1280.

United States Court of Appeals, Federal Circuit.

May 24, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).